UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICKIE SLAUGHTER,<br><br>       Plaintiff,<br><br>vs.<br><br>NORTH LAS VEGAS POLICE<br>DEPARTMENT, *et al.*,<br><br>       Defendant, | 2:11-cv-358-PMP-RJJ<br><br>O R D E R |

      This matter was submitted to the undersigned Magistrate Judge on Plaintiff, Rickie Slaughter's Motion for a Free Copy of Local Rules (#9).

      The Court having reviewed the Motion (#9) and good cause appearing therefore,

      IT IS HEREBY ORDERED that a hearing by telephone conference call is scheduled for May 24, 2011, at 2:15 PM before the undersigned Magistrate Judge on Plaintiff, Rickie Slaughter's Motion for a Free Copy of Local Rules (#9).

      IT IS FURTHER ORDERED that Defendant shall make all necessary arrangements with the institution where Plaintiff is incarcerated to insure the participation of the Plaintiff in this telephone conference hearing.

      IT IS FURTHER ORDERED that the parties are directed to call into the court's meet-me-line at (702)868-4906, conference code 123456.

      DATED this   11th   day of May, 2011.

                                                      ROBERT J. JOHNSTON<br>
                                                      United States Magistrate Judge