UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICKIE SLAUGHTER, | |
| Plaintiff, | 2:11-cv-358-PMP–RJJ |
| vs. | |
| NORTH LAS VEGAS POLICE DEPARTMENT, *et al*., | O R D E R |
| Defendant, | |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff's Emergency Motion to Compel Discovery (#18) and Motion for Extension of Schedule (#19).

IT IS HEREBY ORDERED that upon review, the court will not treat the Motions (#18 and #19) as emergencies.  Therefore, responses shall be filed in accordance with the local rules.

DATED this   12th   day of August,  2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge