## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICKIE SLAUGHTER,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTH LAS VEGAS POLICE DEPARTMENT DETECTIVE JESSIE PRIETO,<br><br>    Defendants. | 2:11-CV-00358-PMP-RJJ<br><br>**<u>ORDER</u>** |

On August 4, 2011, Defendant North Las Vegas Police Department filed a Motion for Judgment on the Pleadings (Doc. #21) pursuant to the Federal Rules of Civil Procedure 12(c).

To date, Plaintiff Slaughter has failed to file a Response in Opposition to Defendant North Las Vegas Police Department's Motion. Therefore, Plaintiff consents to the granting of Defendant's Motion. Moreover, a review of Defendant's Motion shows that Defendant is entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED that** Defendant North Las Vegas Police Department's Motion for Judgment on the Pleadings (Doc. #21) is **GRANTED**, and that the Clerk of Court shall forthwith enter Judgment in favor of Defendant North Las Vegas Police Department and against Plaintiff Rickie Slaughter.

DATED: August 26, 2011.

_____
PHILIP M. PRO
United States District Judge