1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                      * * *

9    RICKIE SLAUGHTER,                    )

10            Plaintiff,                   )          2:11-cv-358-PMP-RJJ
                                          )
11   vs.                                  )
                                          )
12   NORTH LAS VEGAS POLICE               )
     DEPARTMENT, *et al*.,                )          O R D E R
13                                        )
             Defendant,                   )
14   _____)

15          This matter is before the Court on Plaintiff's Emergency Motion to Compel Discovery

16   (#18).

17          The Court having reviewed the Motion (#18), the Declaration (#20), the Response (#23)

18   and the file herein, finds that the Motion to Compel (#18) is premature. According to the

19   Plaintiff, the discovery requests were "delivered" on July 6, 2011. The defendant is allowed 30

20   days to respond. It is also apparent that no personal consultation occurred before Plaintiff filed

21   the Motion (#18). Good cause appearing therefore,

22          IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Discovery is **DENIED**

23          DATED this __28th__ day of December, 2011.

24

25          _____
                               ROBERT J. JOHNSTON
26                             United States Magistrate Judge

27

28