UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICKIE SLAUGHTER, | 2:11-CV-00358-PMP-RJJ |
| Plaintiff, | |
| vs. | **ORDER** |
| NORTH LAS VEGAS POLICE DEPARTMENT, *et al.,* | |
| Defendants. | |

Before the Court for consideration is Defendant Detective Jessie Prieto's fully briefed Motion for Summary Judgment (Doc. #31) filed November 23, 2011. Based upon the record before the Court, and for the reasons set forth in Defendant Prieto's Motion for Summary Judgment (Doc. #31) and Reply Memorandum (Doc. #44), it is clear Plaintiff has failed to raise a genuine issue of material fact which would, if proved, give rise to liability on the part of Defendant on any of Plaintiff's claims. Moreover, the Court concurs in Defendant's argument that Detective Freeman is entitled to qualified immunity based on the warrant issued by Judge Dahl.

**IT IS THEREFORE ORDERED that** Defendant Detective Jessie Prieto's Motion for Summary Judgment (Doc. #31) is **GRANTED**, and that the Clerk of Court shall forthwith enter Judgment in favor of Defendant and against Plaintiff.

DATED: February 16, 2012.

_____
PHILIP M. PRO
United States District Judge